THOMAS K. MEREDITH AND ROSE N. MEREDITH, APPELLANTS, *v.* VIRGIE L. SPEKKER ARDEN AND JOHN ARDEN, ET AL., RESPONDENTS.

No. 8421

November 10, 1976                    555 P.2d 1241

*Paul A. Richards,* of Reno, for Appellants.

*Emerson J. Wilson, Ltd.,* and *Timothy J. Henderson,* of Reno, for Respondents Virgie L. Spekker Arden, John Arden, Jimmie Ferrara and Leona Ferrara.

*McDonald, Carano, Wilson, Bergin and Bible,* of Reno, for all Respondents except Lloyd E. Blair, Jo Ann G. Blair, Virgie L. Spekker Arden, John Arden, Jimmie Ferrara, Leona Ferrara, Ernest W. Mack, M.D., Roberta Mack, M. H. McKinnin and Lloyd V. Smith.

## OPINION

*Per Curiam:*

This action was dismissed for failure to prosecute within five years. NRCP 41(e). The complaint was filed August 18, 1965. Nine and three-quarters years elapsed without the action coming to trial. Now appellant claims the trial court abused its discretion in granting the motion to dismiss.

This court holds once again that a period of delay between the filing of the complaint and trial which exceeds five years

mandates dismissal. Under NRCP 41(e) dismissal is required without regard to any exercise of discretion on the part of the trial judge. In the absence of a written stipulation extending the time for trial, the trial court properly granted the motion. Monroe, Ltd. v. Central Telephone Co., 91 Nev. 450, 538 P.2d 152 (1975); Trail v. Faretto, 91 Nev. 401, 536 P.2d 1026 (1975); Lighthouse v. Great W. Land and Cattle, 88 Nev. 55, 493 P.2d 296 (1972); Lindauer v. Allen, 85 Nev. 430, 456 P.2d 851 (1969).

Affirmed.